No. 4,019.—LOUIS E. BARRICK, RESPONDENT, *v.* JOHN R. PORTER, APPELLANT.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided October 2, 1917.

PER CURIAM.—On motion of respondent herein, the appeal from the order of the district court of November 22, 1916, over-ruling motion to set aside execution, is hereby dismissed.

*Mr. E. K. Cheadle,* for Appellant.

*Messrs. Blackford & Huntoon,* for Respondent.

———

No. 3,877.—NORTHERN PACIFIC RY. CO., RESPONDENT, *v.* BUTTE ELECTRIC RY. CO., APPELLANT.

*Appeal from District Court; John B. McClernan, Judge.*

Decided October 2, 1917.

PER CURIAM.—Pursuant to stipulation of parties herein, the appeal in this cause is ordered dismissed.

*Mr. Peter Breen, Messrs. Shelton & Furman,* and *Mr. A. J. Verheyen,* for Appellant.

*Messrs. Gunn, Rasch & Hall* and *Messrs. Walker & Walker,* for Respondent.